Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REUEL E. COHN,<br><br>              Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>             Defendant. | NO. 2:22-cv-01411-RAJ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On September 14, 2023, the Court entered an order dismissing Plaintiff's complaint with leave to amend, and granting in part Plaintiff's motion for extension of time to retain counsel. Dkt. # 18. The Court warned Plaintiff that if no notice of appearance was filed by an attorney by October 30, 2023, the Court would dismiss Plaintiff's complaint without prejudice for failure to prosecute.

As there has been no appearance by counsel on behalf of Plaintiff, this matter is DISMISSED without prejudice for failure to prosecute.

DATED this 1st day of November, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge